AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Orly Moises GARCIA HERNANDEZ | ) Case No. 3:25mj193/ZCB |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 25, 2025** in the county of **Escambia** in the **Northern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1382 | Entering Military, Naval, or Coast Guard Property |
| 18 USC 111 | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Robert Brigham_
Complainant's signature

Robert Brigham, HSI Special Agent
Printed name and title

Telephonically sworn to before me and electronically signed in my presence.

Date: 5/27/2025

_Judge's signature_

City and state: Pensacola, Florida

U.S. Magistrate Judge Zachary C. Bolitho
Printed name and title


RCVD USDC FLND PN
MAY 27 '25 PM 1:34